**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, *et al.*,<br><br>Defendants. | Civil Action No. 1:20-cv-00003 (RDA/TCB) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on April 3, 2020, at 10:00 am, Defendants will bring on for hearing their motion to dismiss in the above-captioned action.

Dated: March 3, 2020

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

LAUREN A. WETZLER
CHIEF, CIVIL DIVISION

_____/s/_____
JOHN E. SWORDS
Special Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:   (703) 299-3831
Fax:   (703) 299-3983
Email:  john.swords@usdoj.gov

*Counsel for Defendants*